# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                  :        Case No. 3:08-cr-088

                                       District Judge Walter Herbert Rice
   -vs-                                Chief Magistrate Judge Michael R. Merz

                              :

LISA K. SALDANA,

       Defendant.

## REPORT AND RECOMMENDATIONS

Upon referral pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, this case came on to be heard on the acceptance of the Plea Agreement between the United States and Defendant Johnson at 3:30 p.m. on Monday, June 30, 2008. The United States was represented by Assistant United States Attorney William Schenck and Defendant was represented by Christopher Jackson.

Having conducted the colloquy required by Fed. R. Crim. P. 11, the Magistrate Judge is persuaded that Defendant's acceptance of the plea agreement and her plea of guilty are her knowing, intelligent, and voluntary acts. It is therefore respectfully recommended that the Plea Agreement and guilty plea be accepted by the District Court. Anticipating acceptance, the undersigned has referred the Defendant to the United States Probation Department for presentence investigation.

June 30, 2008.

                                                                 s/ **Michael R. Merz**
                                                               Chief United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).