# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :     Case No. 3:08-cr-088

                                     District Judge Walter Herbert Rice

   -vs-                               Chief Magistrate Judge Michael R. Merz

                                  :

LISA K. SALDANA,

        Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 18, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plea Agreement and Defendant's guilty plea be, and they hereby are, accepted.

July 19, 2008.

                                                       Walter Herbert Rice
                                                       United States District Judge